**Order entered December 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00512-CR

### NIJEL JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-14038-M

## ORDER

Before the Court is appellant's November 18, 2019 second motion for extension of time to file his brief. In the motion, appellant states the clerk's record appears to be incomplete because the sole volume is labeled "CLERK'S RECORD VOLUME: ONE OF TWO." The Clerk of the Court contacted the Dallas County District Clerk to ask whether there is a second volume. In response, the district clerk filed, on November 26, 2019, a corrected clerk's record reflecting there is only one volume of clerk's record. In light of this, we **STRIKE** the May 20, 2019 clerk's record.

The clerk's record now appears to be complete.  We **GRANT** appellant's motion to the extent we **ORDER** appellant's brief filed **FIFTEEN DAYS** from the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE